IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY M. BARR, | : | Civil Action No. 4:12-CV-2020 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| TEXTRON INC, t/a Textron/Lycoming Engines, | : | |
| | : | (Magistrate Judge Blewitt) |
| Defendant. | : | |

# ORDER

June 11, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the March 5, 2013 report and recommendation of Magistrate Judge Thomas M. Blewitt. ECF No. 8. No objections have been filed. Moreover, counsel for defendant, whose motion was disposed of by the magistrate judge, called the chambers of the undersigned to confirm that there are no objections to the report and recommendation.

Because this Court agrees with Judge Blewitt's analysis and counsel confirmed there are no objections, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's March 5, 2013 Report and Recommendation is ADOPTED in full. ECF No. 8.

2. Defendant's October 17, 2012 Motion to Dismiss is GRANTED in part and DENIED in part in conformity with the report and recommendation. ECF No. 4.

3. The action is remanded to Magistrate Judge Blewitt for further proceedings.

        BY THE COURT:

        s/ Matthew W. Brann
        Matthew W. Brann
        United States District Judge